```
FILED
SALINE COUNTY
CIRCUIT CLERK

2025 AUG -1  AM 8:50

BY _____
```

# IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
## 3rd DIVISION

**WALLACE WYETH and**
**VIRGINIA WYETH**                                                **PLAINTIFFS**

v.                              CASE NO. 63CV-25-1004

**ALLSTATE PROPERTY &**
**CASUALTY INSURANCE**
**COMPANY**                                                        **DEFENDANT**

## COMPLAINT

COMES NOW the Plaintiffs, Wallace Wyeth and Virginia Wyeth, by and through their attorneys, RAINWATER, HOLT & SEXTON, P.A., and for her Complaint against the Defendant, Allstate Property & Casualty Insurance Company, states and alleges the following:

### I. RESIDENCY & PARTIES

1.  Plaintiffs Wallace Wyeth and Virginia Wyeth (hereinafter **"Plaintiffs"**) were at all times relevant a citizen and resident of Alexander, Saline County, Arkansas.

2.  Defendant Allstate Property & Casualty Insurance Company (hereinafter **"Defendant Allstate"**) was at all times relevant an insurance company registered and licensed to do business in the State of Arkansas. Defendant's principal address is 3100 Sanders Rd., Suite 201, Northbrook, Illinois 60062, and its registered agent for service of process in Arkansas is CT Corporation System, 320 S. Izard Street, Little Rock, Arkansas 72201.

3.  Plaintiffs have executed a contract for insurance coverage with Defendant Allstate in Saline County, Arkansas. This insurance policy contract included underinsured motorists ("UIM") coverage.

1

4.  The incident giving rise to this cause of action occurred on or about November 22, 2024, at or near W. Airport Freeway in Irving, Dallas County, Texas.

## II. JURISDICTION AND VENUE

5.  This Court has jurisdiction pursuant to Ark. Code Ann. § 16-13-201(a), which provides that circuit courts shall have original jurisdiction of all actions and proceedings for the redress of civil grievances except where exclusive jurisdiction is given to other courts.

6.  Venue is proper pursuant to Ark. Code Ann. § 16-60-101, which provides that an action brought by an insured against an insurer as to a loss occurring or benefits or rights provided under an insurance policy shall be brought in the county of the insured's residence at the time of the loss.

## III. BASIC PREMISE

7.  This is a contract case which arises from a motor vehicle insurance policy entered into by the Plaintiffs and insurer Allstate, in Saline County, Arkansas. Said underlying insurance policy contract contains UIM coverage in the amount of $200,000 per person and $300,000 per occurrence. Plaintiffs' injuries, pain and suffering occurred within the applicable coverage and Plaintiffs are entitled to the full policy limit based upon the damages and injuries incurred due to the actions of an uninsured motorist.

## IV. FACTS

8.  On or about November 22, 2024, at approximately 4:15 P.M., Plaintiffs were in a 2019 Subaru Outback traveling westbound in the far-right lane of W. Airport Freeway in Irving, Dallas County, Texas.

9.  At the same time, Jon Monroe (hereinafter **"Monroe"**) was also traveling

westbound in the far-right lane of W. Airport Freeway in a 2016 Dodge Ram 1500.

10. Negligently, suddenly and without warning, Monroe crashed into the rear of Plaintiffs' vehicle.



11. As the result of the collision, Plaintiffs sustained personal injuries and damages.

## V. CAUSE OF ACTION – NEGLIGENCE

12. All of the allegations previously pled herein are re-alleged as though stated word-for-word.

13. Monroe was negligent in the following particulars:

   (a) Failing to maintain an assured clear distance between vehicles so that the Defendant could safely stop without colliding with the vehicle ahead, in violation of Tex. Transp. Code § 545.062(a);

   (b) Operating a motor vehicle with willful or wanton disregard for the safety of persons or property, in violation of Tex. Transp. Code § 545.401 (Reckless Driving);

3

(d) Operating a vehicle in a careless or inattentive manner, failing to maintain proper control, in violation of Tex. Transp. Code § 545.401, and the common law duty of ordinary care;

(e) Driving at a speed greater than was reasonable and prudent under the circumstances then existing, in violation of Tex. Transp. Code § 545.351(a);

(f) Operating a motor vehicle without regard for actual and potential hazards, including the failure to adjust speed and control to avoid an accident, in violation of Tex. Transp. Code § 545.351(b)(1) and the common law;

(g) Driving in a manner that was inattentive or distracted, such that it was not reasonable or prudent under the circumstances to maintain safe control of the vehicle, in violation of Tex. Transp. Code § 545.401 and common law negligence principles;

(h) Failing to maintain proper control of the vehicle, in violation of the common law duty of care owed to other motorists and the public;

(i) Failing to maintain a proper lookout, as required by Texas common law;

(j) Failing to take proper evasive action to avoid a collision, in violation of Texas common law duties owed by drivers in the exercise of ordinary care;

(k) Failing to exercise ordinary care under the circumstances, in violation of Texas common law;

(l) Following more closely than was reasonable and prudent, in violation of Tex. Transp. Code § 545.062(a) and Texas common law.

(m) Otherwise failing to exercise ordinary care under the circumstances.

14. As the direct result of the collision, Plaintiffs sustained personal injuries and damages.

## VI. CAUSE OF ACTION – CONTRACT

15. As a result of the collision, and the negligence of tortfeasor Monroe, Plaintiffs suffered personal injuries and damages further set forth below:

4

16. Monroe's liability carrier, GEICO Insurance, has tendered its policy limits to all involved parties, including Plaintiffs, on a pro rata basis in connection with the underlying claim. A copy of GEICO's pro rata policy limits offer is attached hereto as **Exhibit A**.

17. Plaintiffs intend to preserve all rights and will amend this Complaint as necessary as discovery progresses.

18. To date, Plaintiff Wallace Wyeth's total medical expenses are $11,798.11 and Plaintiff Virginia Wyeth's total medical expenses are $50,999.53. Plaintiffs continue to treat for their injuries.

19. At the time of the incident described in this Complaint, Plaintiffs were covered under an automobile insurance policy issued by Allstate Insurance Company, which provided Underinsured Motorist (UIM) coverage with limits of $200,000 each person and $300,000 each accident. A copy of the Allstate Policy Declarations Page is attached hereto as **Exhibit B.**

20. Plaintiffs do not currently possess a complete copy of the Allstate policy but, in accordance with Rule 10 of the Arkansas Rules of Civil Procedure, will supplement or amend this Complaint to include the policy as an exhibit upon completion of discovery.

21. Plaintiffs are the intended beneficiaries of the policy contract with Defendant Allstate.

22. Upon information and belief, the Allstate Policy Contract provides that, in the event Plaintiffs sustain damages caused by the negligence of an underinsured motorist, Plaintiffs are entitled to compensation for those damages, up to the stated limits of UIM coverage ($200,000 each person and $300,000 each accident).

23. Plaintiff paid an additional premium to Allstate for this coverage, and Allstate accepted this premium.

24. Under the terms of the Allstate Policy Contract, Tortfeasor Jon Monroe was an underinsured motorist.

25. Under the terms of the Allstate Policy Contract, Allstate has a duty to pay benefits to Plaintiffs in a sum consistent with their damages, subject to limits.

## VII. PROXIMATE CAUSATION

26. The negligence of non-party tortfeasor Monroe, as an underinsured motorist, was an actual and proximate cause of the collision described herein and of the personal injuries and damages sustained by Plaintiffs.

27. Allstate owes Plaintiffs payment for the policy limit of the policy due to the damages and pain and suffering in the past, and that continues to this day as Plaintiffs continues to treat for their injuries sustained in the collision with the underinsured tortfeasor.

## VIII. INJURIES AND COMPENSATORY DAMAGES

28. Plaintiffs sustained personal injuries and damages as a result of the collision.

29. Plaintiffs are entitled to the following damages:

   (a) the nature, extent, duration, and permanency of their injuries;

   (b) the full extent of the injuries they sustained;

   (c) the expense of their medical care, treatment and services received, including transportation, board and lodging expenses and those expenses that are reasonably certain to be required in the future;

   (d) any pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

   (e) the value of any earnings, earning capacity, profits, or salary lost in the past and that are reasonably certain to be lost in the future;

   (f) the inability to participate in and/or enjoy their livelihood, hobbies, and recreational activities in the past and reasonably certain to be unable to participate in and/or enjoy in the future;

    (g)    the visible results of their injuries; and

    (h)    any property damages they sustained and all costs, expenses and interest related thereto.

30.    The injuries and damages described herein have been suffered in the past and will be continuing in the future.

31.    Additionally, Plaintiffs are entitled to damages in the amount of 12% of the awarded damages of the UIM claim, plus a reasonable attorney's fee for the prosecution and collection of the loss, pursuant to Ark. Code Ann. §23-79-208, and pre and post-judgment interest, and costs and expense for prosecuting said claims.

32.    The injuries and damages described herein have been suffered in the past and will be continuing in the future.

## IX. DEMAND FOR JURY TRIAL

33.    Plaintiffs hereby demand a trial by jury.

## X. DEMAND & PRAYER

34.    WHEREFORE, Plaintiffs pray that they recover judgment against Defendant Allstate within the underlying UIM benefits limits ($200,000 each person and $300,000 each accident); pre and post judgment interest at the maximum rate allowed by law; for all expenses and costs; 12% penalty of the awarded damages pursuant to § 23-79-208; reasonable attorney's fees; and, for all other relief to which they may be entitled.

                                                                               Respectfully Submitted,

                                                                               Attorneys for Plaintiff

By: _____/s/ Luke Hill_____
Luke Hill (Ark. Bar No. 2015179)
Meredith Moore (Ark. Bar No. 2014237)
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
(501) 868-2500
(501) 868-2505
lhill@rainfirm.com
moore@rainfirm.com

**Nayelley Reyes**

**To:** Luke Hill
**Cc:** Meredith Moore
**Subject:** RE: Virginia and Wallace Wyeth Limits Offer

**From:** myclaim@geicomail.com <myclaim@geicomail.com>
**Sent:** Tuesday, February 11, 2025 2:42 PM
**To:** Chelsea Christman <cchristman@rainfirm.com>
**Subject:** GEICO Communication ID: <tWYZZDzQcOQ1QY3+Xlt+zv2kG5tJZeJP2ikx6oVzDVqXHQil6Z/yo8RY5VbHGDd8>- Do Not Modify



GEICO Texas County Mutual Insurance Company
Administered by GEICO Discovery Corporation

Your Claim Number: 8832532480000001

## IMPORTANT Claim Information

**Responses to this email will be sent to the adjuster handling your bodily injury claim.

Hello ,

This email is in regards to Wallace H Wyeth and Virginia Wyeth .



EXHIBIT A

1

Based on the information available to date we are offering to globally tender the policy limits of $60,000.00 to be split among the three injured parties with no on person getting more than $30,000.00.

Below is the information for the attorney representing Vercedes Mccain who was also injured in this accident. Please contact their office to discuss a reasonable settlement split of the funds between your two clients and their client. Once an agreement is reached, please provide a breakdown of the settlement split and drafting instructions addressing any liens.

Rosen Law Group
Client: Vercedes Mccain
713-222-1502
cristina@rosenfirm.com

If you need to contact me or have any questions, please respond to this email. You can also attach and send me any documents regarding your claim. My normal business hours are Monday-Friday 8:00 a.m. to 4:30 p.m. CT. You may also view your claim at geico.com or the GEICO Mobile App.

Sincerely,

Jaclynn Banker

*Please Note: When replying to this email, please do not change the subject line. This specific subject is needed to make sure I receive your message.*



2

# Renewal auto policy declarations

Your policy effective date is November 5, 2024




Page **1** of 7

Information as of September 24, 2024

## Summary

Named Insured(s)
**Wallace Wyeth, Virginia Wyeth**

Mailing address
**1915 Crystal Lake Circle**
**Alexander AR 72002-7405**

Policy number
**810 822 962**

Your policy provided by
**Allstate Property and Casualty Insurance Company**

Policy period
Beginning **November 5, 2024** through **May 5, 2025** at 12:01 a.m. standard time

Your Allstate agency is
**Matt Black Agency**
201 Commerce Dr
Maumelle AR 72113-6708
(501) 851-1038
MATTBLACK1@allstate.com

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

## Total Premium for the Policy Period

Please review your insured vehicles and verify their VINs are correct.

| Vehicles covered | Identification Number | Premium |
|---|---|---|
| 2006 Jeep Commander | 1J8HG58296C219668 | $697.82 |
| 1986 Jeep Cherokee | 1JCHB7819GT106408 | 285.34 |
| 2010 Jeep Commander | 1J4RG5GT8AC158421 | 590.54 |
| 2019 Subaru Outback | 4S4BSENC6K3351768 | 568.87 |
| Additional coverages | | |
| **If you pay in installments*** | | **$2,142.57** |
| **If you pay in full (includes FullPay® Discount)** | | **$1,959.20** |

*Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s).*

## Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Safe Driving Club® | $587.56 | Multiple Policy | $245.49 |
| Responsible Payer | $250.12 | Early Signing | $205.48 |
| Homeowner | $146.43 | Preferred Package | $60.26 |
| Allstate eSmart® | $167.59 | Passive Restraint | $24.47 |
| Antilock Brakes | $92.02 | Electronic Stability Control | $76.21 |
| **Total discounts** | | | **$1,855.63** |

| Policy discounts | | | $1,662.93 |
|---|---|---|---|
| Safe Driving Club® | $587.56 | Homeowner | $146.43 |
| Multiple Policy | $245.49 | Preferred Package | $60.26 |
| Responsible Payer | $250.12 | Allstate eSmart® | $167.59 |
| Early Signing | $205.48 | | |

| 2006 Jeep Commander discounts | | | $62.36 |
|---|---|---|---|
| Passive Restraint | $7.89 | Antilock Brakes | $30.05 |
| Electronic Stability Control | $24.42 | | |

| 2010 Jeep Commander discounts | | | $64.44 |
|---|---|---|---|
| Passive Restraint | $7.35 | Antilock Brakes | $31.32 |
| Electronic Stability Control | $25.77 | | |

| 2019 Subaru Outback discounts | | | $65.90 |
|---|---|---|---|
| Passive Restraint | $9.23 | Antilock Brakes | $30.65 |

(continued)



EXHIBIT B



AR010R8D

Renewal auto policy declarations
Policy number: **810 822 962**
Policy effective date: November 5, 2024

Page **2** of 7

### 2019 Subaru Outback discounts — $65.90
Electronic Stability Control  $26.02

### Listed drivers on your policy*
**Wallace Wyeth** - Married male driver, age 62, Safe Driving Club
**Virginia Wyeth** - Married female driver, age 54, Safe Driving Club

*Are there licensed drivers <u>not listed above</u> who either reside in your household (even if temporarily away from home) or are guests staying in your home for an extended period? If so, please contact us so your policy information and coverage is up to date. There are circumstances under which a loss may not be covered by this policy because the auto was being operated by someone residing at your house who is not listed on the policy. Additional detail about how we treat undisclosed drivers can be found in your policy.

### Excluded drivers from your policy
None

065 010 003 240924AE00195000000810822962240924AE00195AUT
AUTR45AR20240924233715D1A-00195-004-0-00-00

AR010RBD

Renewal auto policy declarations
Policy number: 810 822 962
Policy effective date: November 5, 2024

Page 3 of 7



## Coverage detail for 2006 Jeep Commander

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $298.07 |
| • Bodily Injury | $200,000 each person $300,000 each occurrence | | |
| • Property Damage | $100,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $500 | $113.02 |
| Auto Comprehensive Insurance | Actual cash value | $150 | $129.78 |
| Collision for Custom Equipment | Not purchased* | | |
| Comprehensive for Custom Equipment | Not purchased* | | |
| Roadside Coverage | $100 each disablement | Not applicable | $7.98 |
| Transportation Expense | up to $40 per day for a maximum of 30 days | Not applicable | $36.47 |
| Underinsured Motorists Insurance for Bodily Injury | $200,000 each person $300,000 each accident | Not applicable | $63.58 |
| Uninsured Motorists Insurance | | | $30.52 |
| • Bodily Injury | $200,000 each person $300,000 each accident | Not applicable | |
| • Property Damage | $25,000 each accident | $200 | |
| Accidental Death Benefits* | $5,000 each person | Not applicable | $0.88 |
| Auto Replacement Protection | Not purchased* | | |
| Income Disability Benefits * (each person) | | Not applicable | $3.51 |
| • Essential Services Expenses | $70 per week | | |
| • Wage Loss Benefits | 70% of income up to a maximum of $300 per week | | |
| Medical and Hospital Benefits* | $5,000 each person | Not applicable | $14.01 |
| • Funeral Services | $5,000 each person | | |
| Portable Electronics and Media | Not purchased* | | |
| Sound System | Not purchased* | | |
| **Total premium for 2006 Jeep Commander** | | | **$697.82** |

\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.

*Note: Subject to time limitations set forth in the endorsement or policy

**VIN** 1J8HG58296C219668

**Rating information**
• This vehicle is driven over 7,500 miles per year

AR010RBD



Renewal auto policy declarations
Policy number: **810 822 962**
Policy effective date: November 5, 2024

Page **4** of 7

## Coverage detail for 1986 Jeep Cherokee

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $137.99 |
| • Bodily Injury | $200,000 each person $300,000 each occurrence | | |
| • Property Damage | $100,000 each occurrence | | |
| Auto Collision Insurance | Not purchased* | | |
| Auto Comprehensive Insurance | Actual cash value | $250 | $54.90 |
| Collision for Custom Equipment | Not purchased* | | |
| Comprehensive for Custom Equipment | Not purchased* | | |
| Roadside Coverage | $100 each disablement | Not applicable | $7.98 |
| Transportation Expense | Not purchased* | | |
| Underinsured Motorists Insurance for Bodily Injury | $200,000 each person $300,000 each accident | Not applicable | $41.41 |
| Uninsured Motorists Insurance | | | $24.52 |
| • Bodily Injury | $200,000 each person $300,000 each accident | Not applicable | |
| • Property Damage | $25,000 each accident | $200 | |
| Accidental Death Benefits* | $5,000 each person | Not applicable | $1.08 |
| Auto Replacement Protection | Not purchased* | | |
| Income Disability Benefits * (each person) | | Not applicable | $4.33 |
| • Essential Services Expenses | $70 per week | | |
| • Wage Loss Benefits | 70% of income up to a maximum of $300 per week | | |
| Medical and Hospital Benefits* | $5,000 each person | Not applicable | $13.13 |
| • Funeral Services | $5,000 each person | | |
| Portable Electronics and Media | Not purchased* | | |
| Sound System | Not purchased* | | |
| **Total premium for 1986 Jeep Cherokee** | | | **$285.34** |

* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.

*Note: Subject to time limitations set forth in the endorsement or policy

**VIN** 1JCHB7819GT106408

**Rating information**
• This vehicle is driven a maximum of 7,500 miles per year, for pleasure

AR010RBD
065 010 003 240924AE00195000000810822962240924AE00195AUT
AUTR45AR20240924233715O1A-000195-005-0-00-00

Renewal auto policy declarations
Policy number: 810 822 962
Policy effective date: November 5, 2024

Page 5 of 7

 Allstate.

## Coverage detail for 2010 Jeep Commander

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $154.69 |
| • Bodily Injury | $200,000 each person $300,000 each occurrence | | |
| • Property Damage | $100,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $500 | $127.20 |
| Auto Comprehensive Insurance | Actual cash value | $150 | $160.93 |
| Collision for Custom Equipment | Not purchased* | | |
| Comprehensive for Custom Equipment | Not purchased* | | |
| Roadside Coverage | $100 each disablement | Not applicable | $7.98 |
| Transportation Expense | up to $40 per day for a maximum of 30 days | Not applicable | $36.47 |
| Underinsured Motorists Insurance for Bodily Injury | $200,000 each person $300,000 each accident | Not applicable | $58.13 |
| Uninsured Motorists Insurance | | | $27.98 |
| • Bodily Injury | $200,000 each person $300,000 each accident | Not applicable | |
| • Property Damage | $25,000 each accident | $200 | |
| Accidental Death Benefits* | $5,000 each person | Not applicable | $0.76 |
| Auto Replacement Protection | Not purchased* | | |
| Income Disability Benefits * (each person) | | Not applicable | $3.04 |
| • Essential Services Expenses | $70 per week | | |
| • Wage Loss Benefits | 70% of income up to a maximum of $300 per week | | |
| Medical and Hospital Benefits* | $5,000 each person | Not applicable | $13.36 |
| • Funeral Services | $5,000 each person | | |
| Portable Electronics and Media | Not purchased* | | |
| Sound System | Not purchased* | | |
| **Total premium for 2010 Jeep Commander** | | | **$590.54** |

\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.

*Note:* Subject to time limitations set forth in the endorsement or policy

**VIN** 1J4RG5GT8AC158421

**Rating information**
• This vehicle is driven over 7,500 miles per year



AR010RBD

Renewal auto policy declarations  
Policy number: 810 822 962  
Policy effective date: November 5, 2024

Page **6** of 7

## Coverage detail for 2019 Subaru Outback

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $129.37 |
| • Bodily Injury | $200,000 each person $300,000 each occurrence | | |
| • Property Damage | $100,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $500 | $146.60 |
| Auto Comprehensive Insurance | Actual cash value | $150 | $138.35 |
| Collision for Custom Equipment | Not purchased* | | |
| Comprehensive for Custom Equipment | Not purchased* | | |
| Roadside Coverage | $100 each disablement | Not applicable | $7.98 |
| Transportation Expense | up to $40 per day for a maximum of 30 days | Not applicable | $36.47 |
| Underinsured Motorists Insurance for Bodily Injury | $200,000 each person $300,000 each accident | Not applicable | $59.77 |
| Uninsured Motorists Insurance | | | $28.75 |
| • Bodily Injury | $200,000 each person $300,000 each accident | Not applicable | |
| • Property Damage | $25,000 each accident | $200 | |
| Accidental Death Benefits* | $5,000 each person | Not applicable | $0.76 |
| Auto Replacement Protection | Not purchased* | | |
| Income Disability Benefits * (each person) | | Not applicable | $3.04 |
| • Essential Services Expenses | $70 per week | | |
| • Wage Loss Benefits | 70% of income up to a maximum of $300 per week | | |
| Medical and Hospital Benefits* | $5,000 each person | Not applicable | $17.78 |
| • Funeral Services | $5,000 each person | | |
| Portable Electronics and Media | Not purchased* | | |
| Sound System | Not purchased* | | |
| **Total premium for 2019 Subaru Outback** | | | **$568.87** |

* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.

*Note: Subject to time limitations set forth in the endorsement or policy

**VIN** 4S4BSENC6K3351768

**Lienholder**  
Hurricane Creek Federal Cr Un

**Rating information**  
• This vehicle is driven a maximum of 7,500 miles per year

Renewal auto policy declarations
Policy number: **810 822 962**
Policy effective date: November 5, 2024

Page 7 of 7

 Allstate.

## Additional coverage

The following policy coverage is also provided.

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Death Indemnity Insurance | $10,000 benefit | Not applicable | Included |
| **Total** | | | **$0.00** |

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

- Allstate Auto Policy – ACR65
- AR Amendatory Endorsement – ACR302
- AR Bundling Benefits Endorsement – ACR304
- AR Uninsured Motorists Insurance and Underinsured Motorists Insurance – ACR305
- AR Medical and Hospital Benefits, Accidental Death Benefits, and Income Disability Benefits Endorsement – ACR306
- Automobile Death Indemnity Insurance – Coverage CM – ACR307

**Allstate Property and Casualty Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*William Hill*

William Hill
President

*Christine DeBiase*

Christine DeBiase
Secretary

AR010RBD





July 31, 2025

Saline County Circuit Clerk
200 North Main Street, Room 113
Benton, AR 72015

63CN-25-1604

Re: *Wallace Wyeth and Virginia Wyeth v. Allstate Property & Casualty Insurance Company*
Saline Circuit Court No.

Dear Sir/Madam:

Enclosed please find an original and one copy of the Complaint. Please file the original and return the file-marked copy to me in the envelope provided.

Thank you for your assistance in this matter.

Sincerely,

Meredith Moore
Attorney at Law

Enclosures
7000 53387